# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

128626

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NGOC PHAT TRAN, a/k/a QUANG HANG,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128626
COA: 250332
Kent CC: 02-011062-FC

On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

t0221

_____
Clerk